UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MINH DANG | * | CIVIL ACTION NO.: 17-1893 |
| Plaintiff | * | |
| | * | DISTRICT JUDGE: |
| versus | * | |
| | * | MAGISTRATE JUDGE: |
| UNITED STATES OF AMERICA | * | |
| Defendant | * | |

**************************************************************************

**COMPLAINT**

NOW COMES, through undersigned counsel, Plaintiff, Minh Dang, who with respect represents:

**Paragraph 1**

**Statement of Jurisdiction:** This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, and 28 U.S.C. § 1346.

**Paragraph 2**

**Venue:** The accident at issue took place in Jefferson Parish, within this Court's jurisdiction.

**Paragraph 3**

**Parties:** The parties to this suit are as follows:

A. Plaintiff herein is Minh Dang, an individual domiciled in Jefferson Parish.

B. Defendant herein is United States of America, for the negligence of its employee.

**Paragraph 4**

On or about December 14, 2015, Plaintiff was stopped eastbound on W. Napoleon Avenue near the intersection with Cleary Avenue due to traffic.

**Paragraph 5**

Suddenly and without warning, she was rear-ended by Jessica Zuppardo.

**Paragraph 6**

The impact forced Plaintiff's vehicle forward into the vehicle in front of her and caused a chain collision.

**Paragraph 7**

Jessica Zuppardo was in the course and scope of her employment with Defendant United States of America, specifically the Federal Bureau of Investigation.

**Paragraph 8**

Plaintiff avers that the said accident and injuries were caused solely and entirely by the negligence and/or fault of Jessica Zuppardo in the following acts of commission and omission:

A. Rear-ending Plaintiff's vehicle;

B. Traveling at a distance and speed not suitable for the traffic conditions;

C. Looking at interior of her vehicle rather than the traffic ahead;

D. Not having her vehicle under proper control;

E. Not maintaining a proper lookout;

F. Failing to slow her vehicle or come to a stop when an accident was imminent;

G. Failing to use reasonable vigilance;

H. Driving in a careless and reckless manner in utter disregard for the safety of others, and more particularly, Plaintiff;

I. Following too closely; and

J. Any and all other acts of negligence and/or fault, be they gross, willful or wanton, to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care, and common prudence and all in violation of the laws of Jefferson Parish, State of Louisiana, which are pleaded herein as if copied *in extenso.*

**Paragraph 9**

As a result of the collision, Plaintiff sustained severe, painful, and disabling physical and mental injuries.

**Paragraph 10**

The injuries caused and aggravated by the described accident have caused Plaintiff prolonged pain and suffering and will continue to cause Plaintiff future pain, suffering, and medical expenses.

**Paragraph 11**

Plaintiff has suffered, and will continue to suffer, mental and physical pain and suffering, medical expenses, lost wages, loss of earning capacity, disability, loss of lifestyle, property damage, and any and all other items of damage which may be associated herewith.

**Paragraph 12**

Plaintiff has exhausted the administrative remedy against Defendant United States of America. Specifically, Plaintiff notified the FBI in writing on or about May 10, 2016 and provided the Bureau with appropriate documentation regarding Jessica Zuppardo's liability and Plaintiff's injuries. The Bureau has not completed processing the claim after six months.

**WHEREFORE**, Plaintiff Minh Dang prays that due proceedings be had and that there be judgment herein in favor of Plaintiff and against Defendant, United States of America, for all

damages as are reasonable in the premises, for all costs of these proceedings, and for such other and further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

**BRAVO LAW FIRM**

*/s David D. Bravo*
**DAVID D. BRAVO (#24313)**
Energy Centre
1100 Poydras St., Ste. 1502
New Orleans, LA 70163
Telephone: (504) 934-1500
E-fax: (504) 934-1501

and

**CHRISTOPHER B. EDWARDS (LA #22349)**
501 Derbigny St.
Gretna, LA 70053
Telephone: (504) 366-1121
*Attorneys for Plaintiff*